**MIDDLETON v. STATE.**
No. 19269.

Court of Criminal Appeals of Texas.

Jan. 5, 1938.

Aubrey Morris, of Waco, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is theft; penalty assessed at confinement in the penitentiary for five years.

The indictment appears regular. The record is before us without statement of facts, or bills of exception.

In the absence of the evidence adduced upon the trial, this court is unable to appraise the matters presented in the motion for new trial.

The judgment is affirmed.